UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ILEANA MARGARITA ALAMO,**

    **Plaintiff,**

v.      Case No: 6:18-cv-2037-Orl-41GJK

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review of the final decision of the Commissioner of Social Security ("the Commissioner") denying her application for Disability Insurance Benefits and Supplemental Security Income. United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 26), in which he recommends that the Court reverse the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) and remand the case for further proceedings.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further proceedings.

3. The Clerk is directed to enter judgment accordingly. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 21, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record